UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| FRANKLIN TAYLOR, | ) CV 12-5506-JST (SH) |
| | ) |
| Plaintiff, | ) ORDER ACCEPTING REPORT AND |
| | ) RECOMMENDATION OF UNITED |
| v. | ) STATES MAGISTRATE JUDGE |
| | ) |
| C. PRICE, et al., | ) |
| | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

///

///

///

     IT IS THEREFORE ORDERED that a Judgment be entered (1) approving and accepting the Report and Recommendation and (2) that Judgment be entered dismissing the action.

     IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendants.

DATED: July 26, 2013

                   __JOSEPHINE STATON TUCKER__
                     JOSEPHINE STATON TUCKER
                     UNITED STATES DISTRICT JUDGE