JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| FRANKLIN TAYLOR, | ) CV 12-5506-JST (SH) |
| | ) JUDGMENT |
| Plaintiff, | ) |
| v. | ) |
| C. PRICE, et al., | ) |
| Defendants. | ) |

    Pursuant to the Order of the Court accepting the conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Complaint is dismissed .

DATED: July 26, 2013

                                      JOSEPHINE STATON TUCKER
                                      JOSEPHINE STATON TUCKER
                                      UNITED STATES DISTRICT JUDGE